NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEBORAH KATZ-PUESCHEL,**
*Petitioner,*

v.

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2011-3081

---

Petition for review of the Merit Systems Protection Board in case no. DC0752811049-B-1.

---

## ON MOTION

---

## ORDER

Deborah Katz-Pueschel moves for a 14-day extension of time, until May 30, 2011, to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 0 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  George M. Chuzi, Esq.
     Hillary A. Stern, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2011

JAN HORBALY
CLERK